United States District Court

Eastern District of California

Kenneth Dean Dawson,

     Plaintiff,                     No. Civ. S 04-1793 GEB PAN P

  vs.                            Order

U.S. Government,

     Defendant.

-oOo-

    July 5, 2005, plaintiff requested an extension of time to file an amended complaint in compliance with the court's April 8, 2005, order. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: July 7, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge