1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   Kenneth Dean Dawson,

11          Plaintiff,                    2:04-1793-GEB-PAN-P

12       vs.

13   U.S. Government,

14          Defendant.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On November 23, 2005, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  Plaintiff's copy of the

22   findings and recommendations was returned, and was re-served on him at his new address

23   December 2, 2005.  Plaintiff has not filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1          1. The findings and recommendations filed November 23, 2005, are adopted in

2    full; and

3          2. This action is dismissed for failure to state a claim upon which relief could be

4    granted.

5    Dated: January 11, 2006

6

7                                        /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26